# Judiciary Branch Personnel
# Financial Disclosure Report (AO Form 10)

## Filer's Information

**Bunning, David L**

Report Year: 2019

Electronic Signature - I certify that all information provided (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief.

I further certify that earned income and honoraria and acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

**/s/  David L Bunning [electronically signed on 03/09/2020 by  David L Bunning in JEFS]**

## I. Positions

None

## II. Agreements

None

## III A. Filer's Non-Investment Income

None

## III B. Spouse's Non-Investment Income

| # | SOURCE | DESCRIPTION |
|---|--------|-------------|
| 1 | Dental Center of Florence | Bookkeeper |

## IV. Reimbursements

None

## V. Gifts

None

## VI. Liabilities

| # | CREDITOR | TYPE | VALUE |
|---|----------|------|-------|
| 1 | U.S. Department of Education, Federal Loan Servicing | Student Loan / Tuition Agreement | $50,001 - $100,000 |
| 2 | Chase Visa | Credit Card | $1 - $15,000 |

## VII. Investments and Trusts

None

## Additional Information or Explanation